**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher Bruce Stone<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9529<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of Minnesota | |
| Case number: | 18–41648 | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Christopher Bruce Stone
   aka Chris Bruce Stone

                                                           **By the court:**   Kesha L Tanabe
                                                                                United States Bankruptcy Judge

4/4/23

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Minnesota

In re: Case No. 18-41648-KLT

Christopher Bruce Stone Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4      User: admin      Page 1 of 7

Date Rcvd: Apr 05, 2023      Form ID: mnbb318      Total Noticed: 124

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Bruce Stone, 807 - 11th Ave S, Unit 8, Hopkins, MN 55343-7949 |
| cr | + | Hyundai Motor Finance Company, c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 61990920 | | Alltran Financial, PO Box 4045, Concord CA 94524-4045 |
| 61990921 | + | Alltran Health, Inc., PO BOX 519, Sauk Rapids MN 56379-0519 |
| 61990922 | + | Alpha Recovery Corp, 5660 Greenwood Plaza Blvd, Suite 101, Englewood CO 80111-2416 |
| 61990923 | + | America's Best, Burnsville Market Place, 13921 Aldrich Ave S, Burnsville MN 55337-6216 |
| 62915483 | + | Anesthesia Associates, PLLC, 9645 Grove Circle North, Osseo MN 55369-2681 |
| 62915484 | | Apria Healthcare, 131 Cheshire Lane, Suite 500, Minnetonka MN 55305-1068 |
| 62915488 | | Big Picture Loans, LLC, N5384 US Hwg 54 Ste 400, PO Box 7052, Watersmeet MI 49969 |
| 61990930 | | Big Picture Loans, LLC, N5384 US Hwy 45, Ste 400, PO BOX 7052, Watersmeet MI 49969 |
| 61990931 | | Blue Cross and Blue Shield, PO Box 64369, Saint Paul MN 55164-0369 |
| 61990939 | | Colltech Inc, PO Box 47095, Minneapolis MN 55447-0095 |
| 61990944 | + | Fed Loan Serv, Po Box 60610, Harrisburg PA 17106-0610 |
| 61990948 | + | Frontline Asset Strategies, Dept 19037, Po Box 1259, Oaks PA 19456-1259 |
| 62915516 | | Hennepin Health Care, PO Box 860048, Minneapolis MN 55486-0048 |
| 62915520 | + | Interventional Spine and Pain, 9645 Grove Circle N, Osseo MN 55369-2681 |
| 61990953 | + | MB Billing Services, LLC, PO BOX 365, Monticello MN 55362-0365 |
| 61990959 | | MN Unemployment Insurance, PO Box 64621, Saint Paul MN 55164-0621 |
| 62915527 | + | Metropolitan Surgical Center, 9645 Grove Cir N Suite 250, Osseo MN 55369-2683 |
| 61990957 | #+ | Mizpah United Church of Christ, 412 5th Ave NO, Hopkins MN 55343-7212 |
| 61990962 | | Nationwide Credit, PO Box 740640, Atlanta GA 30374-0640 |
| 61990965 | + | North Memorial Health Care, Ambulance Service, 4501 68th Ave North, Brooklyn Center MN 55429-1712 |
| 61990967 | + | Park Nicollet, PO BOX 9158, Minneapolis MN 55480-9158 |
| 62915550 | + | Rebecca Stone, 807 11th Ave S 8, Hopkins MN 55343-7949 |
| 62915554 | + | Stewart, Zlimen & Jungers, 2860 Patton Road, Roseville MN 55113-1100 |
| 62118437 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 62915561 | | US Dept of Education, c/o FedLoan Servicing, PO Box 69184, Harrisburg PA 17106-9184 |
| 62915565 | | Verve, PO BOX 9812, Carol Stream IL 60197 |
| 61990979 | | Whitney Sleep Center, 2700 Campus Drive, Suite 100, Plymouth MN 55441-2631 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: MINNDEPREV.COM | Apr 06 2023 01:03:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Apr 05 2023 21:05:00 | United States Attorney, 600 US Courthouse, 300 S |

Case 18-41648   Doc 77   Filed 04/07/23   Entered 04/07/23 23:25:26   Desc Imaged
Certificate of Notice   Page 4 of 9

| District/off: 0864-4 | User: admin | Page 2 of 7 |
| --- | --- | --- |
| Date Rcvd: Apr 05, 2023 | Form ID: mnbb318 | Total Noticed: 124 |

| | | | |
| --- | --- | --- | --- |
| | | | 4th St, Minneapolis, MN 55415-3070 |
| 61990927 | Email/Text: legal@arsnational.com | Apr 05 2023 21:05:00 | ARS National Service, Inc, PO Box 463023, Escondido CA 92046-3023 |
| 61990919 | + Email/Text: kristin.villneauve@allianceoneinc.com | Apr 05 2023 21:05:00 | Alliance One, 4850 Street Rd Suite 300, Feasterville Trevose PA 19053-6643 |
| 61990926 | + EDI: AMSHER.COM | Apr 06 2023 01:03:00 | AmSher Collection Services, 600 Beacon Pkwy W Ste 300, Birmingham AL 35209-3114 |
| 61990924 | + Email/Text: pfahey@amaccts.com | Apr 05 2023 21:05:00 | American Accounts & Advisers, 7460 80th St. S, Cottage Grove MN 55016-3007 |
| 61990925 | ^ MEBN | Apr 05 2023 21:02:40 | American Coradius Internationa, 2420 Sweet Home Rd Ste 150, Buffalo NY 14228-2244 |
| 61990928 | + Email/Text: bk@avant.com | Apr 05 2023 21:05:00 | Avant Inc, 222 N La Salle St, Suite 1700, Chicago IL 60601-1101 |
| 61990929 | + EDI: TSYS2 | Apr 06 2023 01:02:00 | Barclays Bank Delaware, Po Box 8803, Wilmington DE 19899-8803 |
| 61990932 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2023 21:14:32 | CACH, LLC, PO BOX 10587, Greenville SC 29603-0587 |
| 62915491 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2023 21:14:23 | CACH, LLC, Resurgent Captial Services, PO Box 10587, Greenville SC 29603-0587 |
| 62032615 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2023 21:14:28 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 61990935 | EDI: CAPITALONE.COM | Apr 06 2023 01:03:00 | Capital One, 15000 Capital One Dr, Richmond VA 23238 |
| 61990937 | EDI: CITICORP.COM | Apr 06 2023 01:03:00 | Citi Cards, Centralized Bankruptcy Dept, PO Box 20507, Kansas City MO 64195 |
| 62915566 | Email/Text: cfcbackoffice@contfinco.com | Apr 05 2023 21:05:00 | Verve, PO BOX 6812, Carol Stream IL 60197 |
| 62007569 | EDI: CRFRSTNA.COM | Apr 06 2023 01:03:00 | CREDIT FIRST N A, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 61990933 | + EDI: CAPITALONE.COM | Apr 06 2023 01:03:00 | Cap1/bstby, PO Box 30258, Salt Lake City UT 84130-0258 |
| 61990934 | + Email/Text: mikes@capitalcreditinc.com | Apr 05 2023 21:05:00 | Capital Credit & Coll, 10200 SW Eastridge St St, Portland OR 97225-5064 |
| 62915494 | EDI: CAPITALONE.COM | Apr 06 2023 01:03:00 | Capital One, PO BOX 30285, Salt Lake City UT 84130-0285 |
| 62915495 | EDI: CITICORP.COM | Apr 06 2023 01:03:00 | Citibank, PO Box 790034, Saint Louis MO 63179-0034 |
| 61990938 | + Email/Text: mediamanagers@clientservices.com | Apr 05 2023 21:05:00 | Client Services, 3451 Harry Truman Blvd, Saint Charles MO 63301-9816 |
| 62915498 | + EDI: WFNNB.COM | Apr 06 2023 01:03:00 | Comenity Capital Bank, c/o Weinstein & Riley, 2001 Western Avenue Ste 400, Seattle WA 98121-3132 |
| 62014869 | + EDI: WFNNB.COM | Apr 06 2023 01:03:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 62521148 | + EDI: CONVERGENT.COM | Apr 06 2023 01:03:00 | Convergent Outsourcing Inc, 800 SW 39th ST #100, PO Box 9004, Renton, WA 98057-9004 |
| 62949497 | + Email/Text: ebnnotifications@creditacceptance.com | Apr 05 2023 21:05:00 | Credit Acceptance, P.O. Box 551888, Detroit MI 48255-1888 |
| 61990940 | + EDI: CCS.COM | Apr 06 2023 01:03:00 | Credit Collection Services, Two Wells Ave, Newton Center MA 02459-3225 |

| District/off: 0864-4 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Apr 05, 2023 | Form ID: mnbb318 | Total Noticed: 124 |

| | | | | |
|---|---|---|---|---|
| 61990941 | + | EDI: CRFRSTNA.COM | Apr 06 2023 01:03:00 | Credit First N A, 6275 Eastland Rd, Brookpark OH 44142-1399 |
| 62915502 | | EDI: CRFRSTNA.COM | Apr 06 2023 01:03:00 | Credit First NA, PO Box 818011, Cleveland OH 44181-8011 |
| 62915503 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2023 21:14:22 | Credit One Bank, Payment Services, PO Box 60500, City Of Industry CA 91716-0500 |
| 61990942 | + | Email/Text: lisamoore@creditoradvocates.com | Apr 05 2023 21:05:33 | Creditor Advocates, 1551 Southcross Drive West, Suite C, Burnsville MN 55306-6938 |
| 61990945 | | EDI: BLUESTEM | Apr 06 2023 01:03:00 | Finger Hut Advantage, PO BOX 166, Newark NJ 07101-0166 |
| 62915508 | + | Email/Text: bankruptcy@firstelectronic.com | Apr 05 2023 21:05:00 | First Electronic Bank, 2150 South 1300 East, Ste 400, Salt Lake City UT 84106-4336 |
| 61990947 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2023 21:14:22 | Fresh View Solutions, 4340 S Monaco St, Suite 400, Denver CO 80237-3485 |
| 61990946 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2023 21:14:27 | Fresh View Solutions, 6300 S Syracuse Way, Suite 200, Centennial CO 80111-6722 |
| 61990949 | | EDI: WFNNB.COM | Apr 06 2023 01:03:00 | Game Stop, PO BOX 659820, San Antonio TX 78265-9120 |
| 62915513 | | EDI: PHINGENESIS | Apr 06 2023 01:03:00 | Genesis FS Card Services, PO Box 84059, Columbus GA 31908-4059 |
| 62915514 | + | Email/Text: bnc@ch13mn.com | Apr 05 2023 21:05:00 | Gregory A. Burrell, 100 South Fifth Street, Ste 480, Minneapolis MN 55402-1250 |
| 62915515 | + | Email/Text: patientbilling@hcmed.org | Apr 05 2023 21:05:00 | HCMC, PO Box 1238, Minneapolis MN 55440-1238 |
| 61990950 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 05 2023 21:05:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach CA 92660-2558 |
| 62915517 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 05 2023 21:05:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach CA 92660-2516 |
| 62029439 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 05 2023 21:05:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 61990951 | | EDI: IRS.COM | Apr 06 2023 01:03:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62915521 | + | Email/Text: mary.zenner@ispinepainphysicians.com | Apr 05 2023 21:05:00 | Ispine Pain Physicians, 9645 Grove Cir N Ste 200, Osseo MN 55369-2684 |
| 62036626 | | EDI: JEFFERSONCAP.COM | Apr 06 2023 01:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 61990936 | | EDI: JPMORGANCHASE | Apr 06 2023 01:03:00 | Chase Card, Po Box 15298, Wilmington DE 19850 |
| 62915524 | | EDI: JPMORGANCHASE | Apr 06 2023 01:03:00 | JPMorgan Chase Bank, N.A., 700 Kansas Lane, Monroe LA 71203-4774 |
| 61990952 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 05 2023 21:05:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood MO 63042-2429 |
| 62016972 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2023 21:05:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 61990958 | + | EDI: MINNDEPREV.COM | Apr 06 2023 01:03:00 | MN Dept of Revenue, Attn:Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 61990961 | ^ | MEBN | Apr 05 2023 21:02:44 | MRS, 1930 Olney Ave, Cherry Hill NJ 08003-2016 |
| 61990954 | + | Email/Text: cc-bklitigation@messerlikramer.com | Apr 05 2023 21:05:43 | Messerli & Kramer, 3033 Campus Dr Ste 250, Minneapolis MN 55441-2662 |

Case 18-41648   Doc 77   Filed 04/07/23   Entered 04/07/23 23:25:26   Desc Imaged
Certificate of Notice   Page 6 of 9

| District/off: 0864-4 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Apr 05, 2023 | Form ID: mnbb318 | Total Noticed: 124 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 61990955 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2023 21:05:00 | Midland Credit Management, 2365 Northside Dr, Suite 300, San Diego CA 92108-2710 |
| 61990956 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2023 21:05:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego CA 92108-2710 |
| 62915531 | + | EDI: PHINGENESIS | Apr 06 2023 01:03:00 | Milestone, PO BOX 84059, Columbus GA 31908-4059 |
| 62505757 | + | Email/Text: mbs@mplsrad.com | Apr 05 2023 21:05:00 | Minneapolis Radiology, 2800 Campus Dr. Suite 10, Minneapolis, MN 55441-8812 |
| 62915533 | ^ | MEBN | Apr 05 2023 21:02:49 | Mission Lane, PO Box 23075, Columbus GA 31902-3075 |
| 61990960 | + | Email/Text: mondaledental@tds.net | Apr 05 2023 21:05:00 | Mondale Dental, 10600 Old County Rd 15, Minneapolis MN 55441-6200 |
| 61990963 | ^ | MEBN | Apr 05 2023 21:02:43 | NCB Management Service Inc., PO Box 1099, Langhorne PA 19047-6099 |
| 62801010 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 05 2023 21:05:00 | Nationwide Credit, PO BOX 15130, Wilmington, DE 19850-5130 |
| 61990964 | + | Email/Text: bankruptcy.notices@northmemorial.com | Apr 05 2023 21:05:00 | North Memorial Health, 100 S Owasso Blvd West, Saint Paul MN 55117-1036 |
| 61990966 | ^ | MEBN | Apr 05 2023 21:02:38 | Northstar Location Services, Attn: Financial Services Dept., 4285 Genesee Street, Cheektowaga NY 14225-1943 |
| 62915548 | | EDI: PRA.COM | Apr 06 2023 01:03:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk VA 23541-1067 |
| 62040411 | | EDI: PRA.COM | Apr 06 2023 01:03:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (Usa), N.a., POB 12914, Norfolk VA 23541 |
| 62040442 | | EDI: PRA.COM | Apr 06 2023 01:03:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 12914, Norfolk VA 23541 |
| 62034208 | | EDI: PRA.COM | Apr 06 2023 01:03:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 12914, Norfolk VA 23541 |
| 61990968 | | EDI: RMSC.COM | Apr 06 2023 01:03:00 | Pay Pal Credit, PO Box 105658, Atlanta GA 30348-5658 |
| 62915546 | + | EDI: RMSC.COM | Apr 06 2023 01:03:00 | Paypal Credit/Syncb, PO Box 960006, Orlando FL 32896-0006 |
| 62915549 | | EDI: Q3G.COM | Apr 06 2023 01:03:00 | Quantum3 Group LLC, Comenity Bank, PO Box 788, Kirkland WA 98083-0788 |
| 62026906 | | EDI: Q3G.COM | Apr 06 2023 01:03:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 62915552 | | Email/Text: reliancesupport@arsprofessionals.com | Apr 05 2023 21:05:00 | Reliance Recoveries, Attn: Accounts Receivable Serv, 6160 Summit Dr N, Ste 440, Brooklyn Center MN 55430-2149 |
| 62505755 | | Email/Text: reliancesupport@arsprofessionals.com | Apr 05 2023 21:05:00 | Reliance Recoveries, PO Box 29227, Minneapolis, MN 55429 |
| 61990970 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 05 2023 21:05:00 | Receivable Performance Mgmnt., 20816 44th Ave West, Lynnwood WA 98036-7744 |
| 62020118 | | EDI: AISSPRINT | Apr 06 2023 01:03:00 | Sprint Corp, Attention bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 62080925 | + | Email/Text: bncmail@w-legal.com | Apr 05 2023 21:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 62915553 | | EDI: AISSPRINT | Apr 06 2023 01:03:00 | Sprint Nextel Correspodence, Attn Bankruptcy |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 62915557 | | EDI: AISTMBL.COM | Apr 06 2023 01:03:00 | T-Mobile, Attn: Bankruptcy, PO BOX 53410, Bellevue WA 98015 |
| 61990971 | | EDI: AISTMBL.COM | Apr 06 2023 01:03:00 | T-Mobile, Bankruptcy Team, PO Box 53410, Bellevue WA 98015-3410 |
| 62915555 | | EDI: AIS.COM | Apr 06 2023 01:03:00 | T Mobile, c/o American Infosource LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 62915556 | | EDI: AIS.COM | Apr 06 2023 01:03:00 | T Mobile/T-Mobile USA, by American InfoSource LP, PO Box 248848, Oklahoma City OK 73124-8848 |
| 62000597 | | EDI: AIS.COM | Apr 06 2023 01:03:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 62010088 | + | Email/Text: bncmail@w-legal.com | Apr 05 2023 21:05:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 62915558 | | Email/Text: bncmail@w-legal.com | Apr 05 2023 21:05:00 | TD Bank USA, NA, c/o Weinstein & Riley PA, 2001 Western Ave, Ste 400, Seattle WA 98121-3132 |
| 61990972 | + | EDI: WTRRNBANK.COM | Apr 06 2023 01:03:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis MN 55440-0673 |
| 62915562 | | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Apr 05 2023 21:05:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis MN 55415-3070 |
| 61990974 | + | Email/Text: BAN5620@UCBINC.COM | Apr 05 2023 21:05:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd, Suite 206, Toledo OH 43614-1501 |
| 62035679 | | EDI: AIS.COM | Apr 06 2023 01:03:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 62915563 | | EDI: AIS.COM | Apr 06 2023 01:03:00 | Verizon, by American InfoSource, PO Box 248838, Oklahoma City OK 73124-8838 |
| 61990975 | + | EDI: VERIZONCOMB.COM | Apr 06 2023 01:03:00 | Verizon Wireless, Po Box 650051, Dallas TX 75265-0051 |
| 62915567 | + | Email/Text: bncmail@w-legal.com | Apr 05 2023 21:05:00 | Weinstein & Riley, 2001 Western Ave, Ste 400, Seattle WA 98121-3132 |
| 61990976 | + | EDI: WFFC2 | Apr 06 2023 01:03:00 | Wells Fargo, Po Box 14517, Des Moines IA 50306-3517 |
| 61990977 | + | EDI: WFFC2 | Apr 06 2023 01:03:00 | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque NM 87199-4435 |
| 61994209 | + | EDI: WFFC2 | Apr 06 2023 01:03:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 62019100 | | EDI: WFFC2 | Apr 06 2023 01:03:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 62915571 | | EDI: WFFC2 | Apr 06 2023 01:03:00 | Wells Fargo Bank, N.A., Po Box 10438, MAC F8235-02F, Wells Fargo Card Servcices, Des Moines IA 50306-0438 |
| 61990978 | + | EDI: WFFC2 | Apr 06 2023 01:03:00 | Wf Pll, Po Box 94435, Albuquerque NM 87199-4435 |

TOTAL: 95

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 61990973 | | Third Party |
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 62915485 | * | ARS National Service, Inc, PO Box 463023, Escondido CA 92046-3023 |
| 62915475 | *+ | Alliance One, 4850 Street Rd Suite 300, Feasterville Trevose PA 19053-6643 |
| 62915476 | * | Alltran Financial, PO Box 4045, Concord CA 94524-4045 |
| 62915477 | *+ | Alltran Health, Inc., PO BOX 519, Sauk Rapids MN 56379-0519 |
| 62915478 | *+ | Alpha Recovery Corp, 5660 Greenwood Plaza Blvd, Suite 101, Englewood CO 80111-2416 |
| 62915482 | *+ | AmSher Collection Services, 600 Beacon Pkwy W Ste 300, Birmingham AL 35209-3114 |
| 62915479 | *+ | America's Best, Burnsville Market Place, 13921 Aldrich Ave S, Burnsville MN 55337-6216 |
| 62915480 | *+ | American Accounts & Advisers, 7460 80th St. S, Cottage Grove MN 55016-3007 |
| 62915481 | * | American Coradius Internationa, 2420 Sweet Home Rd Ste 150, Buffalo NY 14228-2244 |
| 62915486 | *+ | Avant Inc, 222 N La Salle St, Suite 1700, Chicago IL 60601-1101 |
| 62915487 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington DE 19899-8803 |
| 62915489 | * | Blue Cross and Blue Shield, PO Box 64369, Saint Paul MN 55164-0369 |
| 62915490 | * | CACH, LLC, PO BOX 10587, Greenville SC 29603-0587 |
| 62939640 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Verve, PO BOX 6812, Carol Stream IL 60197 |
| 62915492 | *+ | Cap1/bstby, PO Box 30258, Salt Lake City UT 84130-0258 |
| 62915493 | *+ | Capital Credit & Coll, 10200 SW Eastridge St St, Portland OR 97225-5064 |
| 62915496 | *+ | Client Services, 3451 Harry Truman Blvd, Saint Charles MO 63301-9816 |
| 62915497 | * | Colltech Inc, PO Box 47095, Minneapolis MN 55447-0095 |
| 62915499 | *+ | Convergent Outsourcing, Inc, 800 SW 39th ST #100, PO BOX 9004, Renton WA 98057-9004 |
| 62915500 | *+ | Credit Collection Services, Two Wells Ave, Newton Center MA 02459-3225 |
| 62915501 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark OH 44142-1399 |
| 62915504 | *+ | Creditor Advocates, 1551 Southcross Drive West, Suite C, Burnsville MN 55306-6938 |
| 62915505 | *+ | Diversified Consultants, Inc., PO BOX 1391, Southgate MI 48195-0391 |
| 62915506 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg PA 17106-0610 |
| 62915507 | * | Finger Hut Advantage, PO BOX 166, Newark NJ 07101-0166 |
| 62915510 | *+ | Fresh View Solutions, 4340 S Monaco St, Suite 400, Denver CO 80237-3485 |
| 62915509 | *+ | Fresh View Solutions, 6300 S Syracuse Way, Suite 200, Centennial CO 80111-6722 |
| 62915511 | *+ | Frontline Asset Strategies, Dept 19037, Po Box 1259, Oaks PA 19456-1259 |
| 62915512 | * | Game Stop, PO BOX 659820, San Antonio TX 78265-9120 |
| 62915518 | * | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley CA 92728-0809 |
| 62915519 | * | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62915522 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-7999 |
| 62915523 | *+ | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood MO 63042-2429 |
| 62915525 | *+ | MB Billing Services, LLC, PO BOX 365, Monticello MN 55362-0365 |
| 62915535 | *+ | MN Dept of Revenue, Attn:Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62915536 | * | MN Unemployment Insurance, PO Box 64621, Saint Paul MN 55164-0621 |
| 62915538 | *+ | MRS, 1930 Olney Ave, Cherry Hill NJ 08003-2016 |
| 62915526 | *+ | Messerli & Kramer, 3033 Campus Dr Ste 250, Minneapolis MN 55441-2662 |
| 62915528 | *+ | Midland Credit Management, 2365 Northside Dr, Suite 300, San Diego CA 92108-2710 |
| 62915529 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego CA 92108-2710 |
| 62915530 | * | Midland Funding, PO BOX 2011, Warren MI 48090-2011 |
| 62915532 | *+ | Minneapolis Radiology, 2800 Campus Dr Suite 10, Minneapolis MN 55441-8812 |
| 62915534 | *+ | Mizpah United Church of Christ, 412 5th Ave NO, Hopkins MN 55343-7212 |
| 62915537 | *+ | Mondale Dental, 10600 Old County Rd 15, Minneapolis MN 55441-6200 |
| 62915540 | *+ | NCB Management Service Inc., PO Box 1099, Langhorne PA 19047-6099 |
| 62915539 | *+ | Nationwide Credit, PO Box 15130, Wilmington DE 19850-5130 |
| 62915541 | *+ | North Memorial Health, 100 S Owasso Blvd West, Saint Paul MN 55117-1036 |
| 62915542 | *+ | North Memorial Health Care, Ambulance Service, 4501 68th Ave North, Brooklyn Center MN 55429-1712 |
| 62915543 | * | Northstar Location Services, Attn: Financial Services Dept., 4285 Genesee Street, Cheektowaga NY 14225-1943 |
| 62915544 | *+ | Park Nicollet, PO BOX 9158, Minneapolis MN 55480-9158 |
| 62915545 | * | Pay Pal Credit, PO Box 105658, Atlanta GA 30348-5658 |
| 62915547 | *+ | Plymouth Psych Group, LLC, 3021 Harbor Lane N #206, Plymouth MN 55447-5120 |
| 62915551 | *+ | Receivable Performance Mgmnt., 20816 44th Ave West, Lynnwood WA 98036-7744 |
| 62915559 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis MN 55440-0673 |
| 62915560 | *+ | United Collection Bureau, Inc, 5620 Southwyck Blvd, Suite 206, Toledo OH 43614-1501 |
| 62915564 | *+ | Verizon Wireless, Po Box 650051, Dallas TX 75265-0051 |
| 62915568 | *+ | Wells Fargo, Po Box 14517, Des Moines IA 50306-3517 |

| | | |
|---|---|---|
| 62915569 | *+ | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque NM 87199-4435 |
| 62915570 | * | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park MN 55426-4938 |
| 62915572 | *+ | Wf Pll, Po Box 94435, Albuquerque NM 87199-4435 |
| 62915573 | * | Whitney Sleep Center, 2700 Campus Drive, Suite 100, Plymouth MN 55441-2631 |
| 62003799 | *+ | whitney sleep center, 2700 campus dr, ste 100, plymouth, MN 55441-2631 |
| 61990943 | ##+ | Diversified Consultants, Inc., PO BOX 1391, Southgate MI 48195-0391 |
| 61990969 | ##+ | Plymouth Psych Group, LLC, 3021 Harbor Lane N #206, Plymouth MN 55447-5120 |

TOTAL: 1 Undeliverable, 64 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023 Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:**

**Name** **Email Address**

Bradley J. Halberstadt
on behalf of Creditor Hyundai Motor Finance Company bankruptcy@szjlaw.com

Gregory A Burrell
on behalf of Trustee Gregory A Burrell cmecfjzkmn@ch13mn.com

Patti J. Sullivan
patti@pattisullivan.com mn11@ecfcbis.com

US Trustee
ustpregion12.mn.ecf@usdoj.gov

Wesley W. Scott
on behalf of Debtor 1 Christopher Bruce Stone samantha@lifebacklaw.com ScottWR72722@notify.bestcase.com

TOTAL: 5